IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                         CRIMINAL NO. 3:23-cr-83-DCB-LGI

MARCUS JEROME MOBLEY
a/k/a "NuNu"

## ORDER FOR INTERLOCUTORY SALE OF PROPERTY

Before this Court is the Motion for Interlocutory Sale of Property [35] by Plaintiff United States of America seeking authorization, pursuant to Rule 32.2(b)(7) of the Federal Rules of Criminal Procedure, to conduct an interlocutory sale of the following asset (the "vehicle"):

| Asset ID | Property Description |
|---|---|
| 24-FBI-003454 | One (1) 2021 Cadillac Escalade Utility Vehicle, dark blue, bearing MS license plate # A080J LIT, VIN 1GYS3BKL9MR415655, registered to Soul De Cigar Company LLC |

which is included in the Preliminary Order of Forfeiture [33]. Having read and considered the unopposed motion, the Court finds that it is well taken and should be GRANTED.

IT IS HEREBY ORDERED that the United States shall conduct the sale of the vehicle in a commercially reasonable manner;

IT IS FURTHER ORDERED that the net proceeds of the sale of the vehicle shall be placed in an escrow account maintained by the U.S. Marshals Service pending the outcome of any forfeiture proceedings involving the Subject Property.

SO ORDERED, this  23rd  day of April 2024.


                                         s/David Bramlette
                                         UNITED STATES DISTRICT JUDGE