IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:23-cr-83-DCB-LGI

MARCUS JEROME MOBLEY
a/k/a "NuNu"

# FINAL ORDER OF FORFEITURE

Before the Court is the United States of America's Motion [52] for a Final Order of Forfeiture. Having reviewed the Government's Motion, the Court finds that it is well taken and should be GRANTED. In support of its ORDER, the Court finds as follows:

WHEREAS, on April 3, 2024, this Court entered a Preliminary Order of Forfeiture [33], ordering the Defendant, **MARCUS JEROME MOBLEY,** to forfeit the "**Subject Property**", as described below:

| Asset # | CATS ID | Asset Description |
|---|---|---|
| A-01 | 24-FBI-003066 | $400.00 U.S. Currency seized from Marcus Jerome Mobley's residence |
| A-02 | 24-FBI-003066 | $6,190.00 U.S. Currency seized from Marcus Jerome Mobley's residence |
| A-03 | 24-FBI-003066 | $16,400.00 U.S. Currency seized from Marcus Jerome Mobley's residence |
| B-01 | 24-FBI-003071-01 | One (1) Apple iPhone, Model SE (2nd Gen), black (shattered), Serial No. DX4HCJVRPLJM, IMEI 356552968317727, seized from Marcus Jerome Mobley's residence |
| B-02 | 24-FBI-003071-02 | One (1) Apple iPhone, Model SE (2nd Gen), black, in black case with white charging cord, Serial No. FFMHFQ2ZPLJM, IMEI 352853889679169, seized from Marcus Jerome Mobley's residence |
| B-03 | 24-FBI-003071-03 | One (1) Google Cell Phone, Model Pixel 6A, black (with scratch on screen), Serial No. 27201JEGR10616, IMEI 355578433415649, seized from Marcus Jerome Mobley's residence |

| B-04 | 24-FBI-003071-04 | One (1) Apple iPhone, Model 11 Pro Max, black, with black case, Serial No. FK1ZL2AKN70C, IMEI 353898104832373, seized from Marcus Jerome Mobley's residence |
|---|---|---|
| C-01 | 24-FBI-003072-01 | One (1) Scale, Make Unknown, Model Unknown, black, seized from Marcus Jerome Mobley's residence |
| C-02 | 24-FBI-003072-02 | One (1) DigitZ Scale, black, inside Apple iPhone box, seized from Marcus Jerome Mobley's residence |
| C-03 | 24-FBI-003072-03 | One (1) Pill Press, Make Unknown, Model Unknown, seized from Marcus Jerome Mobley's residence |
| D-01 | 24-FBI-003073-01 and 24-FBI-003073-05 | One (1) Ruger-57 Pistol, CAL: 5.7, Serial No. 642-13425, with Magazine and Twenty-one (21) Rounds of Ammunition, gold with blue tip, CAL: 5.7x28seized from Marcus Jerome Mobley's residence |
| D-03 | 24-FBI-003073-02 | One (1) Griffin Armament Revolution 45 Silencer, CAL: 45, Serial No. REV45-1113, seized from Marcus Jerome Mobley's residence |
| D-04 | 24-FBI-003073-03 and 24-FBI-003073-06 | One (1) 144 Tactical AR-15 Short-barrel Rifle, Model PS15, CAL: .556, Serial No. X00031, with Magazine and Thirty (30) Rounds of Ammunition, CAL: .223/.556, seized from Marcus Jerome Mobley's residence |
| D-05 | 24-FBI-003073-04 and 24-FBI-003073-07 | One (1) Romarm/Cugir/CAI, Georgia VT Short-barrel Pistol, Model: Micro Draco, CAL: 7.62x39mm, Serial No. PMD-12110-19 RO, with Twenty-six (26) Rounds of Ammunition, CAL: 7.62x39, and a magazine seized from Marcus Jerome Mobley's residence |
| E-01 | 24-FBI-003454 | One (1) 2021 Cadillac Escalade Utility Vehicle, dark blue, bearing MS license plate # A080J LIT, VIN 1GYS3BKL9MR415655, registered to Soul De Cigar Company LLC |

WHEREAS, the United States of America caused to be published via the internet at www.forfeiture.gov notice of this forfeiture and of the intent of the United States of America to dispose of the property in accordance with the law and as specified in the Agreed Preliminary Order, and notified any potential third parties of their right to petition the Court within sixty (60) days from the first day of publication for a hearing to adjudicate the validity of their alleged legal interest in the property. The United States asserts that attempt was made to send direct notice of forfeiture to all known potential claimants by FedEx, which advised them of their right to petition the Court thirty (30) days from either receipt of notice or the last day of publication for a

hearing to adjudicate the validity of their alleged legal interest in the **Subject Property**. *See* Ex. B, Proof of Service, ECF No. 52-2.

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that the Defendant had an interest in the property that is subject to forfeiture pursuant to 21 U.S.C. § 853;

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the **Subject Property** is hereby forfeited to the United States of America pursuant to 21 U.S.C. § 853.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

SO ORDERED, ADJUDGED, AND DECREED this  19th  day of  November , 2024.

                                                s/David Bramlette  
                                                UNITED STATES DISTRICT JUDGE